

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 13, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

___

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **DAVID ISRAEL HARPER** | **CASE NO. 21-50165-KMS** |

### ORDER RELEASING EARNINGS OF DEBTOR
### DAVID ISRAEL HARPER (SSN # XXX-XX-3470)

THE ORDER (**Dkt. 15**) heretofore entered in these proceedings by which the debtor's employer:

> **BROCK GROUP, LLC**
> **ATTN: PAYROLL DEPARTMENT**
> **250 INDUSTRIAL RD**
> **PASCAGOULA, MS 39581**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##