# Proceeding Minutes / Proceeding Memo

**Case #:** 21-50165  **Case Name:** David Israel Harper

**Set:** 07/10/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter:** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 6/9/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 06/30/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #38)

Response filed by the Debtor (Dkt. #39)

---

Minute Entry Re: (related document(s): [38] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 07/24/2025. Email received from Cuntz's office. (mcc)