IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    David Israel Harper, Debtor                     Case No. 21-50165-KMS
                                                          **CHAPTER 13**

## AMENDED NOTICE

Debtor has filed papers with the court to reinstate his bankruptcy.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
702 West Pine St.
Hattiesburg, MS 39401
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Reinstate.

Date: Febraury 10, 2026        Signature:      /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               The Rollins Law Firm, PLLC
                                               702 West Pine St.
                                               Hattiesburg, MS 39401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   David Israel Harper, Debtor            Case No. 21-50165-KMS
                                                CHAPTER 13

## MOTION TO REINSTATE

COMES NOW, Debtor, by and through counsel, and move this Court to reinstate his/her Chapter 13 bankruptcy case, and in support thereof, would show the Court as follows:

I.

Debtor intends to bring the plan payments current and can continue to make plan payment going forward.

II.

Debtor is requesting that the Chapter 13 bankruptcy be reinstated.

WHEREFORE, Debtor prays that his Bankruptcy Plan be reinstated and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533

CERTIFICATE OF SERVICE

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Amended Notice and Motion to Reinstate was forwarded on February 10, 2026, to:

By Electronic CM/ECF Notice:

  Case Trustee
  U.S. Trustee

              /s/ Thomas C. Rollins, Jr.
              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DAVID ISRAEL HARPER

CASE NO: 21-50165

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 2/10/2026, I did cause a copy of the following documents, described below,

Amended Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/10/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 21-50165 |
|---|---|
| DAVID ISRAEL HARPER | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 2/10/2026, a copy of the following documents, described below,

Amended Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/10/2026

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | ~~EXCLUDE~~ | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-50165<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE FEB 10 12-14-35 PST 2026 | ~~(U)FIRST FEDERAL SAVINGS AND LOAN ASSOC~~ | ~~US BANKRUPTCY COURT<br>DAN M RUSSELL JR US COURTHOUSE<br>2012 15TH STREET SUITE 244<br>GULFPORT MS 39501-2036~~ |
| CAPITAL ONE<br>PO BOX 60599<br>CITY OF INDUS  CA 91716-0599 | CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| FIRST FEDERAL<br>PO BOX 640<br>OCEAN SPRINGS  MS 39566 | (P)FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF PASC<br>ATTN JOE HOLTZMAN<br>P O BOX 640<br>PASCAGOULA MS 39568-0640 | FIRST HERITAGE<br>3529 DENNY AVE<br>PASCAGOULA  MS 39581-5416 |
| (P)FIRST NATIONAL BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | FIRST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0145 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| KEESLER FEDERAL CREDIT<br>PO BOX 7001<br>BILOXI  MS 39534-7001 | LVNV FUNDING INC<br>PO BOX 10584<br>GREENVILLE  SC 29603-0584 | LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| ONE MAIN<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 | PAYPAL<br>PO BOX 105658<br>ATLANTA  GA 30348-5658 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| REPUBLIC FINANCE<br>1015 HOWARD AVE<br>BILOXI  MS 39530-3702 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | SCOTT CORLEW<br>FOR FIRST FEDERAL SAVINGS AND LOAN<br>ASSOCIATION OF PASCAGOULA MOSS POINT<br>3106 CANTY ST<br>PASCAGOULA  MS 39567-4221 |
|  |  | ~~EXCLUDE~~ |
| SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA  GA 30348-5972 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | ~~UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022~~ |
|  | DEBTOR |  |
| VERIZON<br>PO BOX 11328<br>SAINT PETERSB  FL 33733-1328 | DAVID ISRAEL HARPER<br>6224 JUNIPER DR<br>VANCLEAVE  MS 39565-8959 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 |

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

~~EXCLUDE~~

~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~