United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                          Case No. 21-50165-KMS

David Israel Harper                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                    Page 1 of 2

Date Rcvd: Mar 10, 2026                   Form ID: pdf012                           Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David Israel Harper, 6224 Juniper Dr, Vancleave, MS 39565-8959 |
| 4974461 | + | First Federal, P.O. Box 640, Ocean Springs, MS 39566 |
| 4988474 | + | First Federal Savings and Loan Association of, Pascagoula-Moss Point, First Federal Attn: Joe Holtzman, P O Box 640, Pascagoula, MS 39568-0640 |
| 4974462 | + | First Heritage, 3529 Denny Ave, Pascagoula, MS 39581-5416 |
| 4979828 | + | Scott Corlew, for First Federal Savings and Loan, Association of Pascagoula Moss Point, 3106 Canty St, Pascagoula, MS 39567-4221 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4974459 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2026 19:43:09 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 4974460 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2026 19:43:09 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 4974465 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 10 2026 19:38:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4974463 | | Email/Text: BNSFN@capitalsvcs.com | Mar 10 2026 19:38:00 | First National, P.O. Box 5097, Sioux Falls, SD 57117 |
| 4974464 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 10 2026 19:43:09 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4974466 | + | Email/Text: ebone.woods@usdoj.gov | Mar 10 2026 19:38:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4974467 | + | Email/Text: melissa.martin@kfcu.org | Mar 10 2026 19:38:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 4974468 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2026 19:43:10 | LVNV Funding Inc, PO Box 10584, Greenville, SC 29603-0584 |
| 4988359 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2026 19:43:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4974469 | + | Email/PDF: cbp@omf.com | Mar 10 2026 19:43:19 | One Main, P.O. Box 1010, Evansville, IN 47706-1010 |
| 4989588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2026 20:34:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4974470 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 10 2026 19:43:13 | Paypal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 4982395 | | Email/Text: bankruptcy@republicfinance.com | Mar 10 2026 19:38:00 | Republic Finance,LLC, 282 Tower Rd, Ponchatoula,La 70454 |
| 4974471 | + | Email/Text: bankruptcy@republicfinance.com | | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Mar 10, 2026 | Form ID: pdf012 | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| | | Mar 10 2026 19:38:00 | Republic Finance, 1015 Howard Ave, Biloxi, MS 39530-3702 |
| 4974472 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Mar 10 2026 19:43:09 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4974473 | ^ | MEBN | |
| | | Mar 10 2026 19:33:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4974474 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | |
| | | Mar 10 2026 19:38:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Federal Savings and Loan Assoc |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor David Israel Harper jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Scott Corlew | on behalf of Creditor First Federal Savings and Loan Assoc scott@corlewlaw.com  layna@corlewlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor David Israel Harper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 5

**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:   David Israel Harper, Debtor**              **Case No. 21-50165-KMS**
                                                                           **CHAPTER 13**

### ORDER REINSTATING BANKRUPTCY CASE

THIS CAUSE having come on this date on the Debtor's Motion to Reinstate (DK # 48 ),

the Court having reviewed and considered the facts herein, and there being no objection or

request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion Reinstate is granted.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)