**Fill in this information to identify the case:**

Debtor 1     DAVID ISRAEL HARPER

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____Southern_____ District of _Mississippi_
(State)

Case number     21 _ 50165     - KMS

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1:  Mortgage Information

Name of claim holder:  First Federal Savings & Loan Assoc of Pascagoula-Moss Point      Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account:    4  1  4  2

Property address:    6224 Juniper Drive
Number        Street

Vancleave        MS    39565
City              State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

### Part 3:  Arrearages

|  | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 0.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.00 |

**Part 4:** **Postpetition Payments**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other: _____

If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 28,896.60

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on MARCH 2026 _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ 1,039.94

**Part 6:** **A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/ Warren A. Cuntz, Jr. _____ Date 03, 31, 2026
Signature

Trustee    Warren      A.      Cuntz, Jr.
         First Name     Middle Name     Last Name

Address    Post Office Box 3749
         Number      Street

         Gulfport        MS     39505-3749
         City         State    ZIP Code

Contact phone ( 228 ) 831 – 9531      Email wcuntzcourt@gport13.com

## CERTIFICATE OF SERVICE

I, WARREN A. CUNTZ, JR., Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Trustee's Notice of Disbursements Made to:

Attorney for Debtor:_____ Thomas C. Rollins, Jr._____

Email address: _____ trollins@therollinsfirm.com_____

Attorney for Creditor: Scott Corlew_____

Email address: scott@corlewlaw.com_____

and, I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Notice of Disbursements Made to the following:

Creditor: First Federal Savings & Loan Assoc of Pascagoula-Moss Point

Attn: Joe Holtzman PO Box 640

Pascagoula, MS 39568

Debtor (if *pro se*): _____

Creditor's Attorney (if not registered with CMECF):

DATED this the __31st__ day of _MARCH_____ 2026

/s/_____ _WARREN A. CUNTZ, JR._____.
CHAPTER 13 TRUSTEE

P.O. Box 3749
Gulfport, MS 39505-3749
Tel:  (228) 831-9531
Fax: (228) 831-9902