Fill in this information to identify the case:

Debtor 1 **DAVID ISRAEL HARPER**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **Southern** District of **Mississippi**
(State)

Case number   21 _ 50165 _ - KMS

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

Name of claim holder: **First Federal Savings & Loan Assoc of Pascagoula-Moss Point**   Court claim no. (if known): **6**

Last 4 digits of any number you use to identify the debtor's account: **1 5 7 0**

Property address: **6224 Juniper Drive**
Number   Street

**Vancleave**   **MS**   **39565**
City   State   ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 0.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.00 |

### Part 4: Postpetition Payments

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other: _____

If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 6,953.40

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on __November 2025__ _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

### Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ 0.00

### Part 6: A Response is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/ Warren A. Cuntz, Jr. _____  Date 03, 31, 2026
Signature

Trustee  Warren _____ A. _____ Cuntz, Jr. _____
First Name    Middle Name    Last Name

Address  Post Office Box 3749 _____
Number    Street

Gulfport _____ MS ____ 39505-3749
City                                State    ZIP Code

Contact phone ( 228 ) 831 – 9531 _____          Email wcuntzcourt@gport13.com

## CERTIFICATE OF SERVICE

I, WARREN A. CUNTZ, JR., Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Trustee's Notice of Disbursements Made to:

Attorney for Debtor:_____ Thomas C. Rollins, Jr. _____

Email address: _____ trollins@therollinsfirm.com _____

Attorney for Creditor: Scott Corlew _____

Email address: scott@corlewlaw.com _____

and, I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Notice of Disbursements Made to the following:

Creditor: First Federal Savings & Loan Assoc of Pascagoula-Moss Point _____

Attn:  Joe Holtzman PO Box 640 _____

Pascagoula, MS 39568 _____

Debtor (if *pro se*): _____

_____

_____

Creditor's Attorney (if not registered with CMECF):

_____

_____

_____

DATED this the __31st__ day of __MARCH_____ 2026

/s/_____ *WARREN A. CUNTZ, JR.* _____.
CHAPTER 13 TRUSTEE

P.O. Box 3749
Gulfport, MS 39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902