**Fill in this information to identify the case:**

Debtor 1    **DAVID ISRAEL HARPER**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    **Southern**    District of **Mississippi**
                                                             (State)

Case number    **21 . 50165 - KMS**

## Official Form 410C13-N    *AMENDED*

# Trustee's Notice of Disbursements Made       12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of claim holder:** First Federal Savings & Loan Assoc of Pascagoula-Moss Point, Court claim no. (if known): ✗——7——✗

**Last 4 digits of any number you use to identify the debtor's account:**   1   5   7   0

**Property address:**   6224 Juniper Drive
                 Number     Street

                 Vancleave     MS    39565
                 City            State    ZIP Code

| **Part 2:** | **Statement of Completion** |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

| **Part 3:** | **Arrearages** |
| --- | --- |

| | Amount |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ 0.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.00 |

**Part 4:** **Postpetition Payments**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other: _____

If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:       $ 6,953.40

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on  November 2025 _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:       $ 0.00

**Part 6:** **A Response is Required by Bankruptcy Rule 3002.1(g)(3)**

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

**X** /s/ Warren A. Cuntz, Jr.       Date 03, 31, 2026
Signature

Trustee       Warren       A.       Cuntz, Jr.
First Name       Middle Name       Last Name

Address       Post Office Box 3749
Number       Street

Gulfport       MS       39505-3749
City       State       ZIP Code

Contact phone ( 228 ) 831 - 9531                Email wcuntzcourt@gport13.com

## CERTIFICATE OF SERVICE

I, WARREN A. CUNTZ, JR., Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Trustee's Notice of Disbursements Made to:

Attorney for Debtor:_____ Thomas C. Rollins, Jr._____

Email address: _____ trollins@therollinsfirm.com

Attorney for Creditor: Scott Corlew _____

Email address: scott@corlewlaw.com _____

and, I have mailed this day, via first class mail, postage prepaid, a true and correct copy of the above and foregoing Trustee's Notice of Disbursements Made to the following:

Creditor: First Federal Savings & Loan Assoc of Pascagoula-Moss Point _____

Attn:  Joe Holtzman PO Box 640 _____

Pascagoula, MS 39568 _____

Debtor (if *pro se*): _____

_____

_____

Creditor's Attorney (if not registered with CMECF):

_____

_____

_____

DATED this the __31st__ day of __MARCH_____ *2026*

/s/_____ _WARREN A. CUNTZ, JR._____ .
CHAPTER 13 TRUSTEE

P.O. Box 3749
Gulfport, MS 39505-3749
Tel:  (228) 831-9531
Fax: (228) 831-9902