United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 21-50165-KMS

David Israel Harper                                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                                      User: mssbad                                      Page 1 of 2

Date Rcvd: May 19, 2026                              Form ID: 3180W                              Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Israel Harper, 6224 Juniper Dr, Vancleave, MS 39565-8959 |
| cr | + | First Federal Savings & Loan Association, P O Box 640, Pascagoula, MS 39568-0640 |
| 4974461 | + | First Federal, P.O. Box 640, Ocean Springs, MS 39566 |
| 4988474 | + | First Federal Savings and Loan Association of, Pascagoula-Moss Point, First Federal Attn: Joe Holtzman, P O Box 640, Pascagoula, MS 39568-0640 |
| 4974462 | + | First Heritage, 3529 Denny Ave, Pascagoula, MS 39581-5416 |
| 4979828 | + | Scott Corlew, for First Federal Savings and Loan, Association of Pascagoula Moss Point, 3106 Canty St, Pascagoula, MS 39567-4221 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4974459 | | EDI: CAPITALONE.COM | May 19 2026 23:50:00 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 4974460 | + | Email/PDF: creditonebknotifications@resurgent.com | May 19 2026 19:59:31 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 4974465 | | EDI: IRS.COM | May 19 2026 23:50:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4974463 | | Email/Text: BNSFN@capitalsvcs.com | May 19 2026 19:56:00 | First National, P.O. Box 5097, Sioux Falls, SD 57117 |
| 4974464 | + | EDI: AMINFOFP.COM | May 19 2026 23:50:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4974466 | + | Email/Text: ebone.woods@usdoj.gov | May 19 2026 19:56:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4974467 | + | Email/Text: melissa.martin@kfcu.org | May 19 2026 19:56:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 4974468 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2026 19:59:43 | LVNV Funding Inc, PO Box 10584, Greenville, SC 29603-0584 |
| 4988359 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2026 19:59:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4974469 | + | EDI: AGFINANCE.COM | May 19 2026 23:50:00 | One Main, P.O. Box 1010, Evansville, IN 47706-1010 |
| 4989588 | | EDI: PRA.COM | May 19 2026 23:50:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4974470 | | EDI: SYNC | May 19 2026 23:50:00 | Paypal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 4982395 | | Email/Text: bankruptcy@republicfinance.com | May 19 2026 19:56:00 | Republic Finance,LLC, 282 Tower Rd, Ponchatoula,La 70454 |

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: May 19, 2026        Form ID: 3180W        Total Noticed: 23

| 4974471 | + Email/Text: bankruptcy@republicfinance.com | | |
| | | May 19 2026 19:56:00 | Republic Finance, 1015 Howard Ave, Biloxi, MS 39530-3702 |
| 4974472 | + EDI: SYNC | | |
| | | May 19 2026 23:50:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4974473 | ^ MEBN | | |
| | | May 19 2026 19:51:20 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4974474 | + EDI: VERIZONCOMB.COM | | |
| | | May 19 2026 23:50:00 | Verizon, PO Box 11328, Saint Petersb, FL 33733-1328 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | First Federal Savings and Loan Assoc |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jennifer A Curry Calvillo | on behalf of Debtor David Israel Harper jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Scott Corlew | on behalf of Creditor First Federal Savings and Loan Assoc scott@corlewlaw.com layna@corlewlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor David Israel Harper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5

---

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **David Israel Harper** | Social Security number or ITIN | **xxx–xx–3470** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–50165–KMS**

---

# Order of Discharge                                                    **12/18**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    **David Israel Harper**

      Dated: <u>5/19/26</u>

**By the court:**    <u>/s/Katharine M. Samson</u>
                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2